EMPLOYERS INSURANCE OF
WAUSAU, Plaintiff/Appellant,

v.

Sharon ESTERS–THAMES,
Defendant/Respondent.

No. 73703.

Missouri Court of Appeals,
Eastern District.
Division Four.

Sept. 15, 1998.

Sharon Esters–Thames, Ballwin, pro se.

Ernie Brasier, St. Louis, for defendant/respondent.

Before HOFF, P.J., and GARY M. GAERTNER and RHODES RUSSELL, JJ.

*ORDER*

PER CURIAM.

Plaintiff appeals the trial court's judgment in favor of defendant in this breach of trust action. We find the judgment is supported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or apply the law. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm pursuant to rule 84.16(b).